

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2022

No. 04-21-00442-CV

**IN THE INTEREST OF M.K.T.,** a child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02181
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellee's brief was due January 18, 2022.  On January 18, 2022, appellee filed a motion requesting a three-day extension of time.  The motion is GRANTED and appellee is ORDERED to file its brief **no later than January 21, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court